FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 31 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN SCHWARZ, | NO. ED CV 10-1800 MMM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ERWIN MEINBERG, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 31, 2010.

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE